

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 06, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| IN RE: | Case No. 15-10283-HCM |
| KYLE JASON MCCARRELL | (Chapter 13) |
|     Debtor. | |

**ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE***

BE IT REMEMBERED that there was presented to the Court the Motion for Admission *Pro Hac Vice* ("Motion")(dkt. #3) filed by Richard Cahan ("Applicant") and the Court, having reviewed the Motion, has decided it is meritorious. Accordingly,

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Benjamin Blakeman in the above-referenced bankruptcy proceeding.

This Order shall not be considered admission to practice generally before the Court or the U.S. District Court for the Western District of Texas.

###